# Order

Michigan Supreme Court
Lansing, Michigan

December 21, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153979(57)

MARLETTE AUTO WASH, LLC,
          Plaintiff/Cross-Defendant-
          Appellant,

v

VAN DYKE SC PROPERTIES, LLC,
          Defendant/Cross-Plaintiff-
          Appellee.
_____/

SC: 153979
COA: 326486
Sanilac CC: 14-035490-CH

On order of the Chief Justice, the motion of plaintiff/cross-defendant-appellant to file a reply to the amicus brief submitted by the Real Property Law Section of the State Bar of Michigan is GRANTED. The reply submitted on December 14, 2016, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 21, 2016



Clerk